UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHRIAH LOCKETT,<br><br>            Plaintiff,<br><br>       v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>            Defendant. | No.  1:20-cv-01477-NONE-EPG<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR |

On March 31, 2021, the Court issued a minute order setting the scheduling conference for April 12, 2021 at 11:00 a.m. (ECF No. 9). At that date and time, counsel for Defendant appeared telephonically. However, counsel for Plaintiff failed to appear.

Accordingly, Counsel for Plaintiff is ORDERED TO SHOW CAUSE, why this Court should not impose sanctions for failure to appear at the April 12, 2021 hearing.[1] Counsel shall respond to this Order to Show Cause, in writing, no later than **April 26, 2021**. The Court may reset the scheduling conference after receiving Plaintiff's response.

Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

   Dated:   **April 12, 2021**                          /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel informally e-mailed the Court's Courtroom Deputy following the conference with an explanation. While the Court appreciates the e-mail, the Court will require a written response on the docket.