UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHIRAH LOCKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>    Defendant. | No. 1:20-cv-01477-NONE-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR<br><br>(ECF No. 12)<br><br>ORDER RE-SETTING SCHEDULING CONFERNECE |

On April 12, 2021, the Court ordered counsel for Plaintiff to show cause why sanctions should not be imposed for failing to appear at a scheduling conference. (ECF No. 12). On April 13, 2021, counsel filed a response, indicating that counsel lost track of time when caring for a child who was ill. Counsel apologized for the oversight and requested that the Court reschedule the conference.

Good cause appearing, the Court will discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order to Show Cause (ECF No. 12) is DISCHARGED; and

2. The telephonic scheduling conference is re-set for April 22, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **April 14, 2021**          /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE