# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHIRAH LOCKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>　　　　Defendant. | Case No.   1:20-cv-01477-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 19) |

　　　　On August 11, 2021, this Court entered an order in response to the parties' notice of settlement (ECF No. 17), directing the parties to submit the appropriate dispositional documents no later than October 12, 2021. (ECF No. 18). On October 12, 2021, the parties filed a stipulation to extend the deadline to file the appropriate dispositional documents, stating that they are still working on their settlement agreement and requesting until December 10, 2021 to file the dispositional documents. (ECF No. 19).

　　　　Good cause being shown, IT IS ORDERED that the parties' stipulation to extend the deadline to file dispositional documents is granted. (ECF No. 19). The parties shall submit the appropriate dispositional documents no later than December 10, 2021.
IT IS SO ORDERED.

　　Dated:   **October 13, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1